# United States District Court

**EASTERN** DISTRICT OF **TENNESSE**

WINDY TERRELL,                              JUDGMENT IN A CIVIL CASE

V.

MICHAEL J. ASTRUE,                     CASE NUMBER: 3:10-cv-447
Commissioner of Social Security

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under **sentence four** of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), this Court hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner.

    February 3, 2011                               Patricia L. McNutt, Clerk
Date

                                                                By   s/ A. Brush
                                                                 Deputy Clerk